UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**MURPHY OIL USA, INC.**                                                           **PLAINTIFF**

v.                       **CASE NO. 1:06-CV-01108-HFB**

**GERALD DEWAYNE NIX,
JOSE NAVARETTE AND
NORMAN SAIA, SR.**                                           **DEFENDANTS**

## <u>CONSENT JUDGMENT</u>

On this date, Murphy Oil USA, Inc. ("Murphy") and Separate Defendant Jose Navarette come before the Court, jointly waive trial, and announce that they have agreed to the entry of a Consent Judgment in favor of Murphy. The Court, being sufficiently advised, finds:

1. That this Court has personal and subject matter jurisdiction.

2. That venue is proper herein.

3. Murphy brought an action against Jose Navarette seeking in excess of $600,000.00, for fraud, punitive damages and civil RICO treble damages resulting from an alleged scheme between 1994 and September of 2000 whereby Jose Navarette is alleged to have submitted false invoices for payment to Murphy and that Murphy in turn paid said invoices to Jose Navarette who split the money with Gerald DeWayne Nix.

4. Jose Navarette admits to conduct alleged by Murphy whereby he obtained money or property from Murphy under false pretenses, false representations and actual fraud and wrongfully assumed and exercised domination over money and property of Murphy.

5. Jose Navarette hereby consents to entry of judgment against him in the principal amount of One Hundred Thousand and no/100 Dollars ($100,000.00) with said judgment to bear interest at the current federal rate.

1297293.1

6. The entirety of the judgment is based upon allegations and admissions of conduct and resulting damages that would invoke the provisions of Section 523(a)(2)(A), (4) and (6) of Title 11 of the United States Code, 11 U.S.C. §§101-1532.

IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED that Plaintiff, Murphy Oil USA, Inc. have judgment and, judgment is hereby entered against Jose Navarette whose address is 23 Hidden Hills Drive, Wetumpka, Alabama 36054 in the principal amount of One Hundred Thousand and no/100 Dollars ($100,000.00) with interest at the federal rate of .72% pursuant to and in accordance with 28 U.S.C. §1961.

IT IS FURTHER CONSIDERED, ORDERED, ADJUDGED AND DECREED that the provisions of Federal Rule of Civil Procedure 62 are hereby suspended and garnishment and execution may be immediately issued upon entry of this Consent Judgment.

IT IS SO ORDERED.

_2 March 2009_
Date

_[signature]_
Honorable Harry Barnes
United States District Court Judge

Approved by:

_[signature]_
M. Samuel Jones, III
Attorney for Murphy Oil USA, Inc.

_[signature]_
Mark Alan Jesse
Attorney for Jose Navarette

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 0 2 2009

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

1297293.1

2