UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**MURPHY OIL USA, INC.**                                            **PLAINTIFF**

**v.**                 **CASE NO. 1:06-CV-01108-HFB**

**GERALD DEWAYNE NIX,**
**JOSE NAVARETTE AND**
**NORMAN SAIA, SR.**                                **DEFENDANTS**

## CONSENT JUDGMENT

On this date, Murphy Oil USA, Inc. ("Murphy") and Separate Defendant Gerald DeWayne Nix come before the Court, jointly waive trial, and announce that they have agreed to the entry of a Consent Judgment in favor of Murphy. The Court, being sufficiently advised, finds:

1. That this Court has personal and subject matter jurisdiction.

2. That venue is proper herein.

3. Murphy brought an action against Gerald DeWayne Nix seeking in excess of $600,000.00, for fraud, punitive damages and civil RICO treble damages resulting from an alleged scheme occurring between 1994 and September of 2000 whereby Gerald DeWayne Nix is alleged to have submitted false invoices for payment to Murphy and that Murphy in turn paid said invoices to two vendors who split the money with Gerald DeWayne Nix.

4. Gerald DeWayne Nix admits to conduct alleged by Murphy whereby he obtained money or property from Murphy under false pretenses, false representations and actual fraud and wrongfully assumed and exercised domination over money and property of Murphy.

5.  Gerald DeWayne Nix hereby consents to entry of judgment against him in the principal amount of Three Hundred Thousand and no/100 Dollars ($300,000.00) with said judgment to bear interest at the current federal rate.

6.  The entirety of the judgment is based upon allegations and admissions of conduct and resulting damages that would invoke the provisions of Section 523(a)(2)(A), (4) and (6) of Title 11 of the United States Code, 11 U.S.C. §§101-1532.

IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED that Plaintiff, Murphy Oil USA, Inc. have judgment and, judgment is hereby entered against Gerald DeWayne Nix whose address is 1176 Hibiscus Drive, Hoover, Alabama 35226 in the principal amount of Three Hundred Thousand and no/100 Dollars ($300,000.00) with interest at the federal rate of .72% pursuant to and in accordance with 28 U.S.C. §1961.

IT IS FURTHER CONSIDERED, ORDERED, ADJUDGED AND DECREED that the provisions of Federal Rule of Civil Procedure 62 are hereby suspended and garnishment and execution may be immediately issued upon entry of this Consent Judgment.

IT IS SO ORDERED.

2 MAR. 2009
Date

Honorable Harry Barnes
United Stated District Court Judge

Approved by:

M. Samuel Jones, III
Attorney for Murphy Oil USA, Inc.

Victor D. "Trey" Wright
Attorney for Gerald DeWayne Nix

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 0 2 2009

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

1296899.2

2