IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


MURPHY OIL USA, INC.                                                    PLAINTIFF


VS.                                    CASE NO. 06-CV-1108


GERALD DEWAYNE NIX,
JOSE NAVARETTE AND
NORMAN SAIA, SR.                                                    DEFENDANTS


**ORDER**

      Before the Court is Plaintiff's Motion for Voluntary Dismissal.  (Doc. No. 50).  In this

motion, Plaintiff seeks a dismissal without prejudice of its claims against the sole remaining

defendant in this action, Norman Saia, Sr.  Plaintiff states that the defendant does not oppose the

motion.  Upon consideration, the Court finds that the motion should be and hereby is **granted**.

Therefore, pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff's claims against Defendant Norman

Saia, Sr. are hereby dismissed without prejudice.

      IT IS SO ORDERED, this 3rd day of March, 2009.


                                            ___/s/Harry F. Barnes_____
                                            Hon. Harry F. Barnes
                                            United States District Judge